

**ORDERED in the Southern District of Florida on December 2, 2016.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov**

In re:

Case No.: **16-26051-JKO**

**Dharma Foundation, Inc.**,

Chapter:  **11**

Debtor.
_____/

### ORDER SETTING STATUS CONFERENCE FOR DECEMBER 13, 2016 AT 10:30 A.M.

**THIS CASE** is before the court upon the Debtor's Chapter 11 Voluntary Petition [ECF 1]. A status conference is hereby set for December 13, 2016, at 10:30 a.m. at the U.S. Bankruptcy Court, Courtroom 301, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.   The Court requests that the United States Trustee be represented at the status conference.

**SO ORDERED.**

###

Copies to:

All Parties in Interest, including the Office of the United States Trustee.