United States Bankruptcy Court
Southern District of Florida

In re:                                                                              Case No. 16-26051-JKO
Dharma Foundation, Inc.                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0           User: shafronj           Page 1 of 1              Date Rcvd: Dec 01, 2016
                               Form ID: CGFI2           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db           +Dharma Foundation, Inc.,    900 S North Lake Dr,    Holywood, FL 33019-1313
aty          +Eric J. Cvelbar,    1181 NW 57 St,    Miami, FL 33127-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                     TOTAL: 1

CGFI2 (3/10/16)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 16−26051−JKO

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Dharma Foundation, Inc.
900 S North Lake Dr
Holywood, FL 33019
EIN: 45−2686335

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **December 1, 2016**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Service Matrix.** The petition must be accompanied by a service matrix as required pursuant to Local Rule 1007−2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices". Matrix was deficient as indicated:
**No Creditors Submitted**
**Deadline to correct deficiency: 12/8/16**

**The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002−1(A)(2).**
**Deadline to correct deficiency: 12/8/16**

**The petition was not accompanied by Official Bankruptcy Form 204 "List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders" as required by Bankruptcy Rule 1007(d).** If there are no qualifying unsecured creditors in this case, Official Bankruptcy Form 204 shall be filed so indicating.
**Deadline to correct deficiency: 12/8/16**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 12/15/16**

- Official Bankruptcy Form 206Sum, Summary of Your Assets and Liabilities – Non−Individual
- Official Bankruptcy Form 206A/B, Schedule A/B: Property – Non−Individual
- Official Bankruptcy Form 206D, Schedule D: Creditors who Hold Claims Secured By Property – Non−Inidividual
- Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims – Non−Individual
- Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases – Non−Individual
- Official Bankruptcy Form 206H, Schedule H: Your Codebtors – Non−Individual

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 202, Declaration Under Penalty of Perjury for Non−Individual Debtors) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D).
**Deadline to correct deficiency: 12/15/16**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 207 Statement of Your Financial Affairs) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 12/15/16**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Names and addresses of equity security holders of the debtor** not filed. See Bankruptcy Rule 1007(a)(3).
**Deadline to correct deficiency: 12/15/16**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:**12/1/16                                         **CLERK OF COURT**
                                                          By: Judy Shafron , Deputy Clerk

*Copies to:*   Debtor
               Attorney for Debtor