United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 16-26051-JKO
Dharma Foundation, Inc.                                                 Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: rodriguez          Page 1 of 1          Date Rcvd: Dec 02, 2016
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
aty            +Eric J. Cvelbar,    1181 NW 57 St,    Miami, FL 33127-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                   TOTAL: 1



ORDERED in the Southern District of Florida on December 2, 2016.

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov**

In re:

                                        Case No.: **16-26051-JKO**

**Dharma Foundation, Inc.**,

                                        Chapter:    **11**

                Debtor.
_____/

### ORDER SETTING STATUS CONFERENCE FOR DECEMBER 13, 2016 AT 10:30 A.M.

      **THIS CASE** is before the court upon the Debtor's Chapter 11 Voluntary Petition [ECF 1]. A status conference is hereby set for December 13, 2016, at 10:30 a.m. at the U.S. Bankruptcy Court, Courtroom 301, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.   The Court requests that the United States Trustee be represented at the status conference.

      **SO ORDERED.**

###

Copies to:

All Parties in Interest, including the Office of the United States Trustee.

Case 16-26051-JKO    Doc 5    Filed 12/04/16    Page 3 of 3