UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No. 16-26051-JKO
Dharma Foundation, Inc.                             Chapter 11

_____Debtor._____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Kevin L. Hing, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, JPMorgan Chase Bank, National Association. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

    The property address associated with the undersigned representation is 900 South Northlake Drive, Hollywood, FL 33019.

    /s/ Kevin L. Hing_____
    Kevin L. Hing
    FL Bar # 0071976
    Shapiro, Fishman & Gaché, LLP
    Attorney for Secured Creditor
    4630 Woodland Corporate Blvd.
    Suite 100
    Tampa, FL  33614
    Telephone: 813-463-5925
    Fax: (813) 880-8800
    E-mail: khing@logs.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I am admitted to the Bar in the United States District Court for the Fort Lauderdale District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

  I hereby certify that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 8th day of December, 2016 to the following:

Dharma Foundation, Inc., 900 South Northlake Drive, Hollywood, FL 33019
Eric J Cvelbar, 1181 NW 57 St, Miami, FL 33127
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

         /s/ Kevin L. Hing_____
         Kevin L. Hing
         FL Bar # 0071976
         Shapiro, Fishman & Gaché, LLP
         Attorney for Secured Creditor
         4630 Woodland Corporate Blvd.
         Suite 100
         Tampa, FL  33614
         Telephone: 813-463-5925
         Fax: (813) 880-8800
         E-mail: khing@logs.com

08-103422