UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

In re:                                          **Case No. 16-26051-JKO**
**DHARMA FOUNDATION, INC**                      Chapter 11
TAX ID-x8-6335

Debtor

### EMERGENCY MOTION TO RESET CONFERENCE HEARING

COMES NOW the Debtor, DHARMA FOUNDATION, INC, by and through its undersigned counsel, and moves this Honorable Court for a Reset Date for Conference Hearing held today Dec, 13th, 2016 and in support thereof would state as follows:

1. The Debtor filed a skeleton Chapter 11 on Dec 1st, 2016 The 341 Meeting of Creditors was been set for Dec 13, 2016, however undersigned Counsel has a conflicting schedule during the aforementioned Date and Time and will not available until after the holidays.

2. Undersigned's legal Assistant called several times to try and reset the Conference Hearing but unfortunately could not speak to no one, however Counsel's Assistance left 2 messages as well as new Counsel, who also left a message.

3. The deadline to file the Summary of Schedules, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Statement of Current Monthly Income, Means Test Calculation, Payment Advices, and Chapter 11 Plan is Dec 15th, 2016.

4.  Opposing Counsel were briefed on the Matter and were made aware as to why Debtor's Counsel could not make it to the Conference, although Debtor's Counsel was standing by his Telephone during this time, but apparently was not put through.

5.  The Debtor has been unable to provide counsel with all of the documentation necessary to properly complete the balance of the schedules.  The Debtor is therefore requesting a 30-day extension of time to a Date after  Jan 17th, 2017.

6.  Debtor's Counsel of record has a conflict on the day of the Hearing, more specifically on Dec 13th, 2016 and will continue to be engaged and bound to previously committed  matters

7.  Debtor is also actively seeking more effective Counsel

WHEREFORE, the Debtor respectfully Request that the Matter be be reset to a Date as this Honorable Court deems convenient after Jan 16th, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of this Motion was sent by U.S. Mail or Electronic Notice by the court to Joseph Falzone, Clerk, U.S. Bankruptcy  on Dec 13th, 2016

Respectfully Submitted,

/s/ ERIC J. CVELBAR

ERIC J. CVELBAR

FB 0166499
1181 NW 57th St,
Miami, FL 33127
ecvelbar@hotmail.com
Tel: (305) 490-1830