

**ORDERED in the Southern District of Florida on December 16, 2016.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                    CASE NO.        **16-26051-JKO**

**Dharma Foundation, Inc,**

　　　　Debtor.                                                         CHAPTER        **11**

_____/

### ORDER DENYING DEBTOR'S EMERGENCY MOTION TO RESET CONFERENCE HEARING [ECF 15]

**THIS CASE** is before the court upon Debtor's Emergency Motion to Reset Conference Hearing [ECF 15] filed on December 14, 2016.  A status conference was scheduled in this case by this Court's order [ECF 3] for December 13, 2016.  That status conference came on for hearing on December 13, 2016.  The Motion [ECF 15] requests that this Court reschedule a

status conference that *already occurred* on December 13, 2016. Accordingly, the Motion [ECF 15] is **DENIED AS MOOT**.

SO ORDERED.

###

Copies furnished to:
All parties in interest