```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                          Case No. 16-26051-JKO
Dharma Foundation, Inc.                                         Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0           User: fererem               Page 1 of 1         Date Rcvd: Dec 16, 2016
                               Form ID: CGFD15             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db            +Dharma Foundation, Inc.,    900 S North Lake Dr,    Hollywood, FL 33019-1313
aty           +Eric J. Cvelbar,    1181 NW 57 St,    Miami, FL 33127-1307
smg           +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
cr            +JPMorgan Chase Bank, National Association,    c/o Steven G. Powrozek,
                Shapiro, Fishman & Gache, LLP,    4630 Woodland Corporate Blvd.,    Suite 100,
                Tampa, FL 33614-2429
cr            +JPMorgan Chase Bank, National Association,    c/o Kevin L. Hing,    Shapiro, Fishman & Gache, LLP,
                4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
93843895      +JP Morgan Chase Bank,    c/o CT Corporation systems 15,    1201 Peachtree St,    NE #1240 16,
                Atlanta GA 30361-3503
93843893      +Rafael Burgos Vasquez,    900 South Northlake Dr,    Hollywood  FL 33019-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Dec 17 2016 00:23:00      Florida Department of Revenue,    POB 6668,
                Tallahassee, FL  32314-6668
smg            EDI: IRS.COM Dec 17 2016 00:23:00      IRS,    POB 7346,    Philadelphia, PA 19101-7346
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 17 2016 00:29:53      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
93843894      +EDI: CHASE.COM Dec 17 2016 00:23:00      JP Morgan Chase Bank,    270 Park Ave,
                New York  NY 10017-2070
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Kevin L Hing    on behalf of Creditor    JPMorgan Chase Bank, National Association khing@logs.com,
               electronicbankruptcynotices@logs.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Steven G. Powrozek, Esq.    on behalf of Creditor   JPMorgan Chase Bank, National Association
               spowrozek@logs.com,   electronicbankruptcynotices@logs.com
                                                                                                TOTAL: 3
```

**CGFD15** (10/1/16)



**ORDERED in the Southern District of Florida on December 16, 2016**



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 16–26051–JKO**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Dharma Foundation, Inc.
900 S North Lake Dr
Hollywood, FL 33019

EIN: 45–2686335

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **December 1, 2016**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **12/15/2016** deadline:

> Official Bankruptcy Form 206A/B, Schedule A/B: Property
> Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims
> Official Bankruptcy Form 206H, Schedule H: Your Codebtors

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.