```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                            Case No. 16-26051-JKO
Dharma Foundation, Inc.                                           Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0         User: fererem              Page 1 of 1           Date Rcvd: Dec 16, 2016
                             Form ID: pdf004            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db             +Dharma Foundation, Inc.,    900 S North Lake Dr,    Hollywood, FL 33019-1313
aty            +Eric J. Cvelbar,    1181 NW 57 St,    Miami, FL 33127-1307
cr             +JPMorgan Chase Bank, National Association,    c/o Steven G. Powrozek,
                 Shapiro, Fishman & Gache, LLP,    4630 Woodland Corporate Blvd.,    Suite 100,
                 Tampa, FL 33614-2429
cr             +JPMorgan Chase Bank, National Association,    c/o Kevin L. Hing,    Shapiro, Fishman & Gache, LLP,
                 4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
93843894       +JP Morgan Chase Bank,    270 Park Ave,    New York  NY 10017-2070
93843895       +JP Morgan Chase Bank,    c/o CT Corporation systems 15,    1201 Peachtree St,    NE #1240 16,
                 Atlanta GA 30361-3503
93843893       +Rafael Burgos Vasquez,    900 South Northlake Dr,    Hollywood  FL 33019-1313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
```
              Kevin L Hing     on behalf of Creditor    JPMorgan Chase Bank, National Association khing@logs.com,
               electronicbankruptcynotices@logs.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Steven G. Powrozek, Esq.     on behalf of Creditor    JPMorgan Chase Bank, National Association
               spowrozek@logs.com, electronicbankruptcynotices@logs.com
                                                                                             TOTAL: 3
```



**ORDERED in the Southern District of Florida on December 16, 2016.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO.      **16-26051-JKO**

**Dharma Foundation, Inc,**

    Debtor.                                              CHAPTER       11

_____/

**ORDER DENYING DEBTOR'S EMERGENCY MOTION TO RESET CONFERENCE
HEARING [ECF 15]**

    **THIS CASE** is before the court upon Debtor's Emergency Motion to Reset Conference Hearing [ECF 15] filed on December 14, 2016.  A status conference was scheduled in this case by this Court's order [ECF 3] for December 13, 2016.  That status conference came on for hearing on December 13, 2016.  The Motion [ECF 15] requests that this Court reschedule a

status conference that *already occurred* on December 13, 2016. Accordingly, the Motion [ECF 15] is **DENIED AS MOOT**.

SO ORDERED.

###

Copies furnished to:
All parties in interest