**ORDERED in the Southern District of Florida on March 21, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

Case No.: **16-26051-JKO**

**Dharma Foundation, Inc.,**

Chapter **11**

Debtor.
_______________________________________/

**ORDER GRANTING EMERGENCY MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND MOTION FOR CONTINUANCE [ECF 33] IN PART AND GRANTING MOTION TO REOPEN CASE [ECF 27]**

**THIS CASE** came on before the Court for a hearing on March 21, 2017, upon Debtor's Attorney Joel S. Wadsworth's Emergency Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 33], and for a continued hearing on Debtor's Motion to Reopen Chapter 11 Case [ECF 27]. Upon consideration, and for the reasons stated on the record, it is hereby **ORDERED** that:

1) The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 33] is **GRANTED IN PART** with respect to the withdrawal of Joel S. Wadsworth as

attorney of record.

2) The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 33] is **DENIED IN PART** with respect to any continuance of any applicable deadlines.

3) The Motion to Reopen Chapter 11 Case [ECF 27] is **GRANTED**. The clerk's office is **DIRECTED** to reopen this Chapter 11 case. However, because the Debtor is a corporation it must be represented by counsel in this proceeding. If no attorney makes an appearance on behalf of the Debtor within seven days of the entry of this order, then the clerk is **DIRECTED** to reclose this case without any further order from this Court.

# # #

Copies to: All Parties in Interest